# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DIANA ELIZABETH HUERTA,<br><br>　　　　　Defendant. | Case No.: 3:21CR2081-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE** |

　　The Court has reviewed the parties Joint Motion to Continue Motion Hearing/Trial Setting (ECF No. 21). The Motion is GRANTED, and the Motion Hearing and Trial Setting is continued from October 8, 2021 to November 12, 2021 at 1:30 p.m.

　　The time necessary for this continuance is excluded under the Speedy Trial Act in light of the pending motions under 18 U.S.C. § 3161(h)(1)(D); furthermore, the Court finds that the requested continuance further serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to § 3161(h)(7)(A).

　　**IT IS SO ORDERED.**

Dated: October 6, 2021

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge