# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA ELIZABETH HUERTA,<br><br>Defendant. | Case No. 3:21-CR-02081-JLS-1<br><br>**ORDER GRANTING JOINT MOTION TO EXCLUDE AND CONTINUE THE IN LIMINE MOTION HEARING**<br><br>Date:    March 11, 2022<br>Time:   2:00 PM<br>Ctrm:   4D<br>Judge:  Hon. Janis L. Sammartino |

The court has reviewed the parties Joint Motion to Continue the In Limine Motion Hearing. The Motion is GRANTED, and the Motion Hearing is continued from March 4, 2022 to March 11, 2022, at 2:00 p.m.

The time necessary for this continuance is excluded under the Speedy Trail Act in light of the pending motions under 18 U.S.C. § 3161(h)(1)(D); furthermore, the Court finds that the requested continuance further serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to § 3161(h)(7)(A).

**IT IS SO ORDERED**.
Dated: February 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

HIGGS FLETCHER & MACK LLP

CASE NO. 3:21-CR-02081-JLS-1

10807002.1