UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DIANA ELIZABETH HUERTA,<br><br>            Defendant. | CASE NO.   21-CR-2081-JLS<br><br>ORDER TO ALLOW EVIDENCE VIEWING |

**IT IS HEREBY ORDERED** that United States Customs and Border Protection, FPF, to allow DIANA ELIZABETH HUERTA, represented by her counsel John J. Rice, his investigator Esteban Hernandez, and the Assistant United States Attorney, Ronald Sou, to view the controlled substances seized under this case—FPF No. 2021250600074801-0001. In addition, FPF No. 2021250600074801-0002 if it is in CBP custody.

**IT IS SO ORDERED**.

Dated:   May 4, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

10954298.1