# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA ELIZABETH HUERTA,<br><br>Defendant. | Case No.:  21-CR-2081-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS SUPERSEDING INDICTMENT WITHOUT PREJUDICE** |

On motion of the United States to dismiss the Superseding Indictment in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States' motion and **ORDERS that** the Superseding Indictment in this case is hereby dismissed without prejudice.

**SO ORDERED.**

DATED: 05/13/2022

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE